# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

/Bearing Brokers, Inc.,

Plaintiff(s),

v.

MRO-Max, Inc. et al,

Defendant(s).

Case No. 15 C 2175
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Plaintiff Bearing Brokers, Inc., and against the Defendants MRO-MAX, Inc., in the amount of $5,198.50.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion .

Date: 6/17/2015                    Thomas G. Bruton, Clerk of Court

                                   /s/ Jackie Deanes , Deputy Clerk